IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON DEXTER HARRIS,

    Plaintiff,                         No. 2: 12-cv-3067 JFM (PC)

    vs.

HAWKINS, et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil action pursuant to 42 U.S.C. § 1983. On January 18, 2013, the court screened the complaint. The complaint was dismissed but plaintiff was given leave to file an amended complaint.

         On January 8, 2013, plaintiff filed a motion to correct an error in his original complaint. In that motion, plaintiff stated that the address of one of the named defendants was incorrect. In light of the fact that plaintiff's original complaint has been dismissed with leave to amend, plaintiff will be able to correct the order when he prepares his amended complaint. His motion to correct the original complaint is not necessary, and his motion to correct the order will be denied as unnecessary.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to correct an
2  error (Dkt. No. 5.) is DENIED AS MOOT.
3  DATED: January 24, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
harr3067.motcorrect

2