IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON DEXTER HARRIS,

      Plaintiff,                          No.  2:  12-cv-3067 JFM (PC)

   vs.

HAWKINS, et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding *pro se* with a complaint pursuant to 42 U.S.C. § 1983.  On January 18, 2013, the court granted plaintiff's motion to proceed in forma pauperis.  (See Dkt. No. 6.)  The court also screened the complaint.  The complaint was dismissed, but plaintiff was given leave to file an amended complaint.

      Thereafter, in a document dated January 21, 2013 and entered in this court on January 24, 2013, plaintiff filed a motion for injunctive relief.  In the motion, plaintiff seeks "to have this motion for injunctive relief granted, to cure, relieve, or alleviate the plaintiff of the injury in question [he] sustained on 1/12/2009."  (See Dkt. No. 10 at p. 6-7.)  Nevertheless, as plaintiff does not currently have an amended complaint pending in this action, his motion for injunctive relief will be denied without prejudice.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for injunctive
2  relief (Dkt. No. 10.) is DENIED WITHOUT PREJUDICE.
3  DATED: January 31, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
harr3067.motir