IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON DEXTER HARRIS,

    Plaintiff,                       No. 2: 12-cv-3067 JFM (PC)

vs.

HAWKINS, et al.,

    Defendants.               ORDER

_____/

        By order filed January 18, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 26, 2013.

UNITED STATES MAGISTRATE JUDGE

14;harr3067.fta