IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON DEXTER HARRIS,

      Plaintiff,                      No. 2: 12-cv-3067 JFM (PC)

      vs.

HAWKINS, et al.,

      Defendants.              ORDER

_____/

      By order dated February 26, 2013, this action was dismissed without prejudice and judgment was entered because plaintiff had not yet filed an amended complaint within the previously specified period. (See Dkt. No 14.) However, after that order was signed, but before being entered on the docket by the Clerk, plaintiff's first amended complaint was entered on the court's docket. (See Dkt. No. 13.) The first amended complaint is dated February 15, 2013, which is within the period of time upon which plaintiff had to file his first amended complaint.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the order and judgment (Dkt. Nos. 14 & 15.) are VACATED and this matter is reopened. Plaintiff's amended complaint will be screened in due course.

DATED: March 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14
harr.3067.reopen